1  Todd Benoff (SBN 192983)
   *Todd.Benoff@alston.com*
2  **ALSTON & BIRD LLP**
   333 South Hope Street, 16th Floor
3  Los Angeles, CA 90071
   Telephone:  (213) 576-1000
4  Facsimile:   (213) 576-1100

5  Natalie Clayton
6  **ALSTON & BIRD LLP**
   90 Park Ave., 15th Floor
7  New York, NY 10016
   Telephone:  (212) 210-9400
8  Facsimile:   (212) 210-9444
   (*Additional counsel on signature page*)
9

10 *Attorneys for Plaintiff Sandoz Inc.*

11              **UNITED STATES DISTRICT COURT**

12              **CENTRAL DISTRICT OF CALIFORNIA**

13                      **WESTERN DIVISION**
14

15 | SANDOZ INC., | Case No. 2:22-cv-05326-RGK-MAR |
16 | Plaintiff, | **OMNIBUS DECLARATION OF TODD BENOFF IN SUPPORT OF PLAINTIFF SANDOZ INC.'S MOTIONS IN LIMINE NOS. 1-3** |
17 | v. | |
18 | AMGEN INC., | Date: August 8, 2023 |
19 | Defendant. | Time: 9:00 a.m. |
20 | | Place: Courtroom 850 |

I, Todd Benoff, declare as follows:

1. I am a member of the California State Bar and the bar of this court. I am a partner in the law firm of Alston & Bird LLP and counsel of record to Plaintiff Sandoz Inc. ("Sandoz") in this action. I have personal knowledge of the facts set forth herein and, except as otherwise stated, could testify competently to each fact averred herein.

2. Sandoz's concurrently-filed Motions in Limine Nos. 1-3 (the "Motions") are made following a conference of counsel pursuant to Local Rule 7-3, which took place on June 16, 2023. On that date, counsel for Sandoz conferred with counsel for Defendant Amgen Inc. Counsel for the parties discussed the substance of the Motions and any potential resolution, but were unable to reach any resolution that would eliminate the need to file any of the Motions.

3. Attached as **Exhibit A** are copies of relevant excerpts of the transcript of the May 5, 2023, deposition of Sandoz, pursuant to Federal Rule of Civil Procedure 30(b)(6) by Paul Delo.

4. Attached as **Exhibit B** are copies of relevant excerpts of the transcript of the May 5, 2023, deposition of Sheila Frame.

5. Attached as **Exhibit C** are copies of relevant excerpts of the June 9, 2023 Expert Rebuttal Report of Bradley T. Shapiro, Ph.D.

6. Attached as **Exhibit D** is a true and accurate copy of the article: McBride, Ali et al., "*Economic and clinical outcomes of pegfilgrastim via prefilled syringe vs on-body injector: a real-world data analysis*," J Manag Care Spec Pharm, September 2021; 27(9):1230-38.

7. Attached as **Exhibit E** is a true and accurate copy of an August 17, 2020 letter from Sandoz to Amgen, produced in this litigation as SDZZIE-000664651.

8. Attached as **Exhibit F** are copies of relevant excerpts of the May 10, 2023 Opening Expert Report of Robert D. Gibbons, Ph.D.

9. Attached as **Exhibit G** are copies of relevant excerpts of the June 9, 2023 Expert Rebuttal Report of Robert Makuch, Ph.D.

10. Attached as **Exhibit H** is a true and accurate copy of "Workpaper 1" to Dr. Gibbons' Opening Expert Report, which contains calculations used in that report.

11. Attached as **Exhibit I** is a true and accurate copy of "Workpaper 2" to Dr. Gibbons' Opening Expert Report, which contains calculations used in that report.

12. Attached as **Exhibit J** is a true and accurate copy of the article: Chang, Yaping et al., *"The 5 min meta-analysis: understanding how to read and interpret a forest plot,"* Eye, 2022; 36:673-675.

13. Attached as **Exhibit K** is a true and accurate copy of excerpts of the text: *Cochrane Handbook for Systematic Reviews of Interventions* Version 5.1.0, ed. Julian P.T. Higgins and Sally Green (2011).

14. Attached as **Exhibit L** is a true and accurate copy of the article: Senn, Stephen, *"Overstating the evidence – double counting in meta-analysis and related problems,"* BMC Medical Research Methodology 2009: 9-10.

15. Attached as **Exhibit M** is a true and accurate copy of email correspondence, which was produced in this litigation as AMG10939-0000012895.

16. Attached as **Exhibit N** is a true and accurate copy of a document produced in this litigation as AMG10939-0000012900.

17. Attached as **Exhibit O** is a true and accurate copy of May 30, 2023 email correspondence between counsel for the parties, bearing the subject line "Sandoz Inc. v. Amgen Inc., 2:22-cv-05326-RGK-MAR (C.D. Cal.)."

1    I declare under the penalty of perjury and the laws of the United States that the foregoing is true and correct this 23rd day of June, 2023, in Los Angeles, California.

Dated: June 23, 2023                **ALSTON & BIRD LLP**

By: */s/ Todd Benoff*
    Todd Benoff

    Attorney for Plaintiff
    SANDOZ INC.

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing **OMNIBUS DECLARATION OF TODD BENOFF IN SUPPORT OF SANDOZ INC.'S MOTIONS IN LIMINE** was electronically filed using the Court's CM/ECF system, which will transmit Notices of Electronic Filing to all counsel of record.

This 23rd day of June, 2023

/s/ Todd Benoff
Todd Benoff

*Counsel for Plaintiff Sandoz Inc.*