JS6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| SANDOZ INC., | Case No.  2:22-CV-05326-RGK-MAR |
| Plaintiff, | [PROPOSED] ORDER ON JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE [205] |
| v. | |
| AMGEN INC., | Complaint Filed:  August 1, 2022 |
| Defendant. | Trial Date:  August 8, 2023 |

Pursuant to the Joint Stipulation for Dismissal with Prejudice executed and filed by the parties and in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is **HEREBY ORDERED** that:

1. The above-captioned action is dismissed with prejudice; and
2. Each party shall bear its own costs, expenses, and attorneys' fees.

**IT IS SO ORDERED.**

Dated:  8/7/2023  _____

THE HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT COURT JUDGE